# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
1:43 pm, Jul 01, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Raj Patel

*Plaintiff(s)*

-v-

Manisha Patel, Kartik Patel, Charmi Patel, Nina Patel, Neal Patel, Dhaval Patel, Ajay Nair, Emory University, and President Donald J. Trump

*Defendant(s)*

Case No. 1:20-cv-01772-TWP-MPB
*(to be filled in by the Clerk's Office)*

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

## I. Personal Information

1) Are you employed? ☐ Yes ☑ No

2) Are you married? ☐ Yes ☑ No
If "Yes," is your spouse employed? ☐ Yes ☐ No

3) Do you have any dependents that you are responsible for supporting?
☐ Yes ☑ No
If "Yes," list them below:

| Name **(initials for minor children only)** | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## II. Income - If you are married, your answers *must include your spouse's income.*

(When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary? $ 0

2) Provide the name and address of your employer(s):

N/A

3) State your spouse's total *monthly* wages or salary? $ N/A

4) State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| Parents | $ 24,000 |
| | $ |

**III. Expenses** - If you are married or have dependents, ***your expenses should also include your household's expenses.***
(When calculating household expenses, you may include groceries, clothing, medical costs, utilities that are not included in your rental payments, transportation, and insurance.)

1) Identify the following amounts that you pay per month:

☑ Rent or ☐ Mortgage $ 850

Car payment(s) $

Alimony or court-ordered child support $

Credit card payment(s) $ 2000

2) Do you have any other *monthly* expenses that you have not already listed?
☐ Yes ☑ No

If "Yes," list them below:

| Expense | Amount |
|---|---|
| | $ |
| | $ |
| | $ |

3) What are your total *monthly* expenses? $ 4000

**IV. <u>Property</u>** - If you are married, your answers must ***include your spouse's property.***

1) Do you own a car? ☐ Yes ☑ No If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
| --- | --- | --- |
| | | $ |
| | | $ |

2) Do you own your home(s)? ☐ Yes ☑ No

If "Yes," state the approximate value(s). $ __________

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)? $ ______

3) Do you have any cash or checking, savings, or other similar accounts?
☑ Yes ☐ No

If "Yes," state the total of such sums. $ 4000

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork or jewelry?

☑ Yes ☐ No

If "Yes," describe the property and the approximate value(s).
2000

**V.** **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

I, Raj Patel, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint.

07/01/2020

Date

**Signature - Signed Under Penalty of Perjury**

Print

Save As...

Add Attachment

Reset